CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2010

JOHN F. CORCORAN, CLERK
BY: /s/ [Deputy signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL L. MORRIS, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08CV630 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | Hon. James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Court **OVERRULES** Plaintiff's objections and **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. No. 21). Therefore, the Court **GRANTS** the Defendant's motion for summary judgment (Dkt. No. 16) and **DENIES** Plaintiff's motion for summary judgment (Dkt. No. 14).

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to all counsel of record.

**ENTER:** This 5th day of March, 2010

/s/ James C. Turk
Senior United States District Judge